# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATISHA WRIGHT, | |
| Plaintiff, | CIVIL ACTION |
| v. | FILE NO. 1:17-CV-00839 |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, | |
| Defendant. | (JURY TRIAL DEMANDED) |

## AMENDED COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff LATISHA WRIGHT, by and through her counsel of record, and files this Complaint against MARRIOTT VACATIONS WORLDWIDE CORPORATION ("Defendant"), showing as follows:

## NATURE OF THE ACTION

1.

This is an action for damages resulting from Defendant's negligence in failing to keep the premises safe for Plaintiff resulting in a slip and fall at Marriott's OceanWatch at the Grand Dunes located in Myrtle Beach, SC, which is owned by Defendant.

## JURISDICTION AND VENUE

2.

Plaintiff is, and at all times material to this action was, citizens and residents of the State of Georgia and who reside at 613 W. Crawford Street, Quitman, GA 31643.

3.

Defendant resides at 6649 Westwood Blvd., Orlando, FL 32821 and may be served by the Registered Agent Corporations Service Company at 1201 Hays Street, Tallahassee, FL 32301.

4.

Plaintiff alleges $125,000 in damages and Defendant is a registered Florida Corporation and does business in multiple states across the country, including Georgia.

5.

Venue and Jurisdiction in the above-styled civil action is proper in this Northern District of Georgia and Court due to Diversity Jurisdiction pursuant to 28 U.S.C. §1332.

## FACTUAL ALLEGATIONS

6.

Plaintiff's re-allege and incorporate herein the allegations contained in paragraphs 1 through 5 above as if fully restated.

7.

On July 9, 2014, Plaintiff was a guest at Marriot's OceanWatch at Grand Dunes located at 8500 Costa Verde Drive, Myrtle Beach, SC 29572 which is owned and operated by Defendant.

8.

Plaintiff was walking towards the kitchen when she slipped and fell in water.

9.

The water was from an air vent that leaked in the hotel.

10.

Plaintiff was negligent in not cleaning up the water leakage.

11.

Plaintiff was an invitee of the Defendant and properly on the premises due to her being a guest at the hotel.

12.

Defendant owns and maintains the Marriott's OceanWatch at Grand Dunes in Myrtle Beach, SC.

13.

Plaintiff has been receiving treatment for her injuries.

14.

Plaintiff has medical bills from her treatment and has damages in the form of pain and suffering.

## COUNT 1
## NEGLIGENCE

15.

Plaintiff's re-allege and incorporate herein the allegations contained in the paragraphs 1 through 13 above as if fully restated.

16.

Defendant has a duty to maintain the premises at Marriott's OceanWatch at Grand Dunes located at 8500 Costa Verde Drive, Myrtle Beach, SC 29572 so it is free from dangerous conditions for invitees it knew about or should have known about.

17.

Defendant committed a breach of said duty by failing to keep the floor free from slippery substances.

18.

As a direct and proximate result of this breach of duty owed to Plaintiff, Plaintiff fell and has suffered knee and back injuries that have resulted in medical expenses. The Plaintiff also has damages in the form of pain and suffering.

## PRAYER FOR RELIEF

**WHERFORE**, Plaintiff respectfully prays for a jury trial on all issues and a judgment against Defendant, as provided by law, as follows:

(a) That Defendants be served with Summons, Process, and a copy of this Complaint for Damages and Demand for Jury Trial;

(b) That Defendant be required to appear and answer Plaintiff's Complaint for Damages and Demand for Jury Trial;

(c) That service be had upon Defendant;

(d) That Plaintiff be granted a trial by jury as this Court deems just and equitable under all circumstances alleged;

(e) That Plaintiff recover special damages, including medical expenses in an amount to be proven at trial;

(f) That Plaintiff recover for pain and suffering;

(g) That Plaintiff recover costs of litigations, attorney's fees and expenses;

(h) That Plaintiff has such other and further relief that may be deemed just and proper; and

(i)     That all issues be tried before a jury.


Respectfully submitted this 13th day of July, 2017.


*signature: Stav Bottner*
Stav Bottner
Georgia Bar No.: 328587
Attorney for Plaintiff

*The Law Offices of Robert Pagniello*
651 Exchange Place NW
Lilburn, Georgia 30047
Telephone: (770) 982-2252
Facsimile: (770) 982-2544
Email: sbottner@pagniellolegal.com