FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 8 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LATISHA WRIGHT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | |
| v. | * | FILE NO. 1:17-CV-00839-ELR |
| | * | |
| MARRIOTT VACATIONS WORLDWIDE | * | |
| CORPORATION, | * | |
| | * | (JURY TRIAL DEMANDED) |
| Defendant. | * | |

### PLAINTIFF LATISHA WRIGHT'S MOTION TO DEEM THE REQUEST FOR ADMISSIONS ADMITTED

**COMES NOW**, Plaintiff LATISHA WRIGHT, by and through her counsel of record, and files this Motion to Deem the Request for Admissions Admitted against MARRIOTT VACATIONS WORLDWIDE CORPORATION's ("Defendant"), showing the following:

1.

In Defendant's Memorandum in Support of its Motion to Dismiss, or Alternatively, Motion for Summary Judgment, Defendant states that the first and second amended Complaints should be stricken because of Federal Rule of Civil Procedure 15 requiring leave of court after service has been completed.

2.

If Defendant asserts FRCP Rule 15 as why the Amended Complaints need to be stricken, than that is an admission that the first Complaint was served properly.

3.

In the event of proper service, the would mean Defendant has not responded in the required 30 days to the Request for Admissions, so they should be deemed admitted via FRCP Rule 36.

4.

The Defendant was served with the Original Complaint and discovery March 8, 2017 with the Motion to Dismiss being submitted on 23rd day of August and no response to Request for Admissions.

5.

This Motion is only to be considered if the Court finds that the Amended Complaints should be stricken.

Respectfully submitted this 8th day of September, 2017.

_____
Stav Bottner
Georgia Bar No.: 328587
Attorney for Plaintiff

*The Law Offices of Robert Pagniello*
651 Exchange Place NW
Lilburn, Georgia 30047
Telephone: (770) 982-2252
Facsimile: (770) 982-2544
Email: sbottner@pagniellolegalcom

## CERTIFCATE OF SERVICE

I hereby certify that a copy of the foregoing *PLAINTIFF LATISHA WRIGHT'S MOTION TO DEEM THE REQUEST FOR ADMISSIONS ADMITTED* was served upon all counsel of record via email after having it filed in Court in person to the following:

Email: tom.sippel@mgclaw.com

Mr. Tom Sippel

Post Office Box 19139

Atlanta, GA 31126

This 8th day of September, 2017.

                                                        Stav Bottner
*Attorney for Plaintiff*
Georgia Bar No.: 328587

**THE LAW OFFICES OF
ROBERT R. PAGNIELLO, PC**
651 Exchange Place NW
Lilburn, Georgia 30047
Telephone: (770) 982-2252
Facsimile: (770) 982-2544
Email: sbottner@pagniellolegal.com