UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA WRIGHT, | * |
| Plaintiff, | * CIVIL ACTION |
| v. | * FILE NO. 1:17-CV-00839-ELR |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION and OCEAN WATCH VILLAS OWNERS ASSOCIATION, | * |
| Defendants. | * |

### PLAINTIFF'S WITHDRAWAL OF MOTION FOR VOLUNTARY DISMISSAL

Plaintiff withdraws its Motion for Voluntary Dismissal (Doc. 28).

This 11th day of May, 2018.

Stav Bottner
Georgia Bar No.: 328587
Attorney for Plaintiff

*The Law Offices of Robert Pagniello*
651 Exchange Place NW
Lilburn, Georgia 30047
Telephone: (770) 982-2252
Facsimile: (770) 982-2544
Email: sbottner@pagniellolegal.com

1